31185. LEDBETTER *v.* MAXWELL, ordinary.

PARKER, J. The material issue in this case is substantially the same as the sole issue in *Brockett* v. *Maxwell,* ante, 663, and the ruling therein controls this case.

*Judgment affirmed. Sutton, P. J., and Felton, J. concur.*

DECIDED APRIL 3, 1946.

*H. G. Bell,* for plaintiff. *Vance Custer,* for defendant.